Monika Pleyer Lee (California Bar No. 117019)
LEE LAW OFFICES
1700 South El Camino Real, Suite 450
San Mateo, California 94402
Telephone: (650) 212-3400
Facsimile: (650) 212-3414
monikalee@leelawllp.com

Attorneys for Plaintiff
Sony Interactive Entertainment LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>ERIC DAVID SCALES (doing business as Blackcloak13),<br><br>Defendant. | Case No.: 5:18−cv−02141−JGB−KK<br><br>NOTICE OF MOTION AND MOTION OF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Date:   March 18, 2019<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 1 |

TO DEFENDANT: PLEASE TAKE NOTICE THAT on March 18, 2019, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 1 of the United States District Court, Central District of California, Riverside Division, located at 3470 12th St, Riverside, CA 92501, before the honorable Jesus G. Bernal, Plaintiff SONY INTERACTIVE ENTERTAINMENT LLC shall, and hereby does, move the Court for a Default Judgment against Defendant ERIC DAVID SCALES (doing business as Blackcloak13).

This Motion is made pursuant to Federal Rules of Civil Procedure Rule 54 and Rule 55 and Local Rule 55-1. As more fully set forth in the Memorandum of Points and Authorities

1  in Support of the Motion filed herewith, Plaintiff requests entry of a default judgment against
2  Defendant on the grounds that Defendant was properly served with, but failed to respond to,
3  the Complaint in this action and his default was entered by the Clerk of this Court on
4  December 6, 2018.

   The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion, and the Declarations of Monika Pleyer Lee, James Y. Leong and Timothy Penge filed herewith, the papers and records on file in this action, and such other written and oral arguments as may be presented to the Court.

   A Proposed Judgment is attached hereto.

   Dated: February 22, 2019            LEE LAW OFFICES

                                       */s/Monika Pleyer Lee*
                                       Monika Pleyer Lee
                                       Attorneys for Plaintiff
                                       Sony Interactive Entertainment LLC

PROOF OF SERVICE

*Sony Interactive Entertainment LLC v. Eric David Scales (doing business as Blackcloak13)*
United States District Court, Center District of California, Case No. 5:18-cv-02141-JGB-KK

I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed in the City and County of San Mateo and my business address is 1700 South El Camino Real, Suite 450, San Mateo, California 94402. On the date last written below I served the following document(s):

NOTICE OF MOTION AND MOTION OF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

DECLARATION OF JAMES Y. LEONG IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

DECLARATION OF TIMOTHY PENGE IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

DECLARATION OF MONIKA PLEYER LEE IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

on the party(ies) by placing true and correct copies thereof in sealed envelopes for service addressed as follows:

Eric David Scales
200 Drake St., #101
Pomona, CA 91767

( X ) (By First Class Mail) I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in the U.S. mail at San Mateo, California.

(   ) (By Personal Service) I caused the above documents to be personally delivered on the above party at the address indicated above .

Executed on February 22, 2019, at San Mateo, California.

( x ) I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction service was made.

*/s/J. Delk*
Jenifer Delk