JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Sony Interactive Entertainment LLC,<br><br>                          Plaintiffs,<br><br>    v.<br><br>Eric David Scales, dba Blackcloak13,<br><br>                          Defendants. | Case No. EDCV 18-2141 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, Plaintiff Sony Interactive LLC's Motion for Default Judgment against Defendant Eric David Scales (dba "Blackcloak13") is GRANTED.

    Plaintiff is **AWARDED** $16,800 in statutory damages, $1,608 in attorneys' fees, and $1,250 in costs.

    Defendant and his agents, servant, employees, successors and assigns, and all persons acting in concert with Defendant are **ENJOINED** from marketing, offering, selling, transferring, advertising, promoting, developing, manufacturing, importing, providing or otherwise trafficking in any products that infringe or

contribute to the infringement of Sony's intellectual property rights, including its copyrights in PS4 video games and the PS Program Code, or to participate in or facilitate any such activity.

Defendant and his agents, servant, employees, successors and assigns, and all persons acting in concert with Defendant are **ENJOINED** from directly or indirectly infringing, or enabling or contributing to infringement of, any copyright that Sony owns or is the exclusive licensee of, including copyrights in First-Party PS4 games and in the PS Program Code.

Defendant and his agents, servant, employees, successors and assigns, and all persons acting in concert with Defendant are **ENJOINED** from marketing, offering, selling, transferring, advertising, promoting, developing, manufacturing, importing, providing or otherwise trafficking in – via eBay, the website http://foxhoundoutfitters.wixsite.com/ps3-jailbreak-mods or any other means or channels – any products or services produced or designed to circumvent technological measures that Sony employs to protect its exclusive copyright rights in or to PS4 video games and the PS Program Code, including but not limited to (1) "jailbroken" or "modded" PS4 consoles, and (2) jailbreaking or "modding" services.

///
///
///
///
///
///

Sony is **ORDERED** to mail or personally serve a copy of this order and the judgment concurrently filed therewith to Defendant. Sony shall file Proof of Service with the Court within ten days of the date of this Order.

Dated: March 18, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge